**FILED**

JUL 3 0 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FICKES,<br><br>    Plaintiff,<br><br>v.<br><br>TOBY K. WONG,<br><br>    Defendant. | No. C 07-2830 MJJ (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(Docket No. 1) |

    This action was opened on May 31, 2007, when this court received an application to proceed in forma pauperis from plaintiff, a California prisoner proceeding pro se. As plaintiff did not file a complaint or petition, the Clerk notified plaintiff in writing that he must file a complaint or petition within thirty days or the action would be dismissed and the file closed. No response has been received from plaintiff. As more than thirty days have passed and plaintiff has not filed a complaint or petition, this action is DISMISSED without prejudice to filing a complaint or petition in a new action. In light of this dismissal, the incomplete IFP application is DENIED and no fee is due.

    This order terminates Docket No. 1.

    The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 7/28/2007

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\CR.07\fickes.dsm.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID K FICKES,

    Plaintiff,

v.

COUNTY OF SANTA CLARA et al,

    Defendant.

Case Number: CV07-02830 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Fickes F-31353
PVSP C2-103U
P.O.Box 8503
Coalinga, CA 93210

Dated: July 30, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk