IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FICKES, | No. CV 07-2830 MJJ (PR) |
| Plaintiff(s), | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| TOBY K. WONG, | |
| Defendant(s). | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial, hearing or review before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED.  Judgment is entered in favor of Defendant and against Plaintiff.

Dated: August 30, 2007                                    Richard W. Wieking, Clerk

                                                          By: Edward Butler
                                                          Deputy Clerk